IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GMAC, INC.                         \*

      v.                           \*    Civil No. JFM-10-2233

HENRY JAMES DUPREEZ, JR.    \*
\*\*\*\*\*

MEMORANDUM

GMAC, Inc., originally instituted this action in the Circuit Court for Baltimore County to collect an alleged deficiency balance on an outstanding loan in the amount $12,233.34, plus interest and attorney fees. Henry James Dupreez, Jr., the defendant in the action, filed an answer and a class action counterclaim. GMAC then removed the action to this court under the Class Action Fairness Act of 2005. Dupreez filed a motion to remand.

The motion will be granted. In my judgment the arguments made by GMAC, as well as Judge Niemeyer's reasoning in his dissent in *Palisades Collections LLC v. Shorts*, 552 F.3d 327 (4th Cir. 2008), arguably have merit. However, I believe that the Fourth Circuit's decision in *Palisades Collections* dictates remand here and is binding on me. I will, however, delay effectiveness of the remand order for ten days to permit GMAC to apply to the Fourth Circuit to accept an appeal from my ruling, if it chooses to do so.


Date:   October 8, 2010              /s/
                                       J. Frederick Motz
                                       United States District Judge